

FILED
CLERK, U.S. DISTRICT COURT
JAN 3 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLE LORD,<br><br>    Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-1000, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV11-00442 CAS (DTBx)<br><br>Assigned to Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] JUDGMENT |

WHEREAS, on July 8, 2011, the Court granted a Motion to Dismiss Plaintiff Shelle Lord's Complaint, with prejudice. *See* Court Docket No. 27. The Motion to Dismiss was brought by Defendants BAC Home Loans Servicing, LP and Mortgage Electronic Registration Systems, Inc.

1  NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
2  all claims in the Complaint of Plaintiff Shelle Lord are DISMISSED as to
3  Defendants BAC Home Loans Servicing, LP and Mortgage Electronic Registration
4  Systems, Inc.
5  **SUCH JUDGMENT IS HEREBY ENTERED.**

8  Dated: JAN 3 1 2012

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge
Central District of California